# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

**FILED**

|  |  |  |
|---|---|---|
| **United States of America** vs. **Tyson Laycook** | Case No.   05-339 OWW | 2005 DEC 16  P 2: 59<br>CLERK, US DIST. COURT<br>EASTERN DIST. OF CALIF<br>AT FRESNO<br>BY_____ DEPUTY |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Tyson Laycook_____, have discussed with _____Lydia J. Serrano_____, Pretrial Services Officer, modifications of my release conditions as follows:

Deleting the **HOME DETENTION** condition and replace with the following:
Participate in the following home confinement program components and abide by all the requirements of the program, which will include electronic monitoring -   **CURFEW:** You are restricted to your residence everyday from 7 pm until 6 am, as directed by the Pretrial Services Officer.

All other conditions not in conflict to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____   12/16/05        _____   12-16-05
Signature of Defendant        Date               Pretrial Services Officer      Date
Tyson Laycook                                    Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____                          12/14/05
Signature of Assistant United States Attorney     Date
Stanley Boone

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                          12/16/05
Signature of Defense Counsel                      Date
Eric Kersten

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on ___forthwith___.
[ ] The above modification of conditions of release is *not* ordered.

_____                          Dec 16, 2005
Signature of Judicial Officer                     Date

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services