1 DANIEL J. BRODERICK, Bar No. 89424
Acting Federal Defender
2 ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
3 Designated Counsel for Service
2300 Tulare Street, Suite 330
4 Fresno, California 93721-2226
Telephone: (559) 487-5561
5
Attorney for Defendant
6 TYSON JEROME LAYCOOK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:05-cr-00339 OWW |
|---|---|
| Plaintiff, | ) STIPULATION TO ALLOW |
| | ) TRANSPORTATION TO CHILD SUPPORT |
| v. | ) HEARING; ORDER THEREON |
| TYSON JEROME LAYCOOK, | ) Judge: Hon. Oliver W. Wanger |
| Defendants. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, STANLEY A. BOONE, Assistant United States Attorney, counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant, that the Fresno County Sheriff's Department may transport the Defendant, Tyson Jerome Laycook, JID # 0184427, from the Fresno County Detention Facility to Fresno County Superior Court, Department 91, Fresno, California for a child support hearing in case the case of *Tyson Laycook v. Sandra Hyatt*, No. 03-CEFL-04097, on Friday, April 25, 2008, at 1:30 p.m., and at the conclusion thereof, return Mr. Laycook to the detention facility.

Mr. Laycook is awaiting disposition on a supervised release violation in the above-entitled matter. Disposition is scheduled for April 28, 2008. The United States Probation Office is recommending that Mr. Laycook's previously imposed term of supervised release be continued with modifications. These modifications include the requirement that Mr. Laycook reside in and participate in the WestCare

Residential Drug Treatment Program for a period of at least 90 days, unless discharged earlier by the probation officer.

DATED: April 24, 2008

McGREGOR M. SCOTT
United States Attorney

/s/ Stanley A. Boone
STANLEY A. BOONE
Assistant U.S. Attorney
Attorney for Plaintiff

DATED: April 24, 2008

DANIEL J. BRODERICK
Federal Defender

/s/ Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant

## O R D E R

**IT IS SO ORDERED.** The Fresno County Sheriff's Department shall transport the Defendant, Tyson Jerome Laycook, JID # 0184427, from the Fresno County Detention Facility to the Fresno County Superior Court, Department 91, Fresno, California for a hearing in case the case of *Tyson Laycook v. Sandra Hyatt*, No. 03-CEFL-04097, on Friday, April 25, 2008, at 1:30 p.m., and at the conclusion thereof, shall return Mr. Laycook to the detention facility.

IT IS SO ORDERED.

**Dated:  April 24, 2008**              /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE