IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>          Plaintiff,               )<br>                                   )<br>     vs.                           )<br>                                   )<br>TYSON JEROME LAYCOOK,              )<br>                                   )<br>          Defendant.               )<br>_____) | No. 1:05-CR-00339 OWW<br><br>ORDER OF RELEASE |

　　　The above named defendant having been sentenced on April 28, 2008 to 90 days at Westcare, followed by continued supervised release,

　　　IT IS HEREBY ORDERED that the defendant shall be released to Westcare on April 29, 2008 @ 10:00 AM. A certified Judgment and Commitment order to follow.

DATED: April 28, 2008

　　　　　　　　　　　　　　　　　　/s/ OLIVER W. WANGER
　　　　　　　　　　　　　　　　　　HONORABLE OLIVER W. WANGER
　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE

12/6/06 ordrelease.form

1